ACCEPTED
04-14-00472-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/12/2015 2:36:33 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00472-CV

<table>
<tr><td>

**IN THE
FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS**

</td><td>

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/12/2015 2:36:33 PM

KEITH E. HOTTLE
Clerk

</td></tr>
</table>

**ARC PARKLANE, INC., D/B/A PARKLANE WEST HEALTHCARE CENTER,**

**Appellant**

**v.**

**ARVEL SEALS, JR. AS REPRESENTATIVE OF THE ESTATE OF DORA SYLVIA LEHRMAN, DECEASED,**

**Appellees**

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

R. Barry Brin
State Bar No. 00792371
bbrin@brinandbrin.com
Lorien Whyte
State Bar No. 24042440
lwhyte@brinandbrin.com
Brin & Brin, P.C.
6223 IH 10 West
San Antonio, Texas 78201
(210) 341-9711 telephone
(210) 341-1854 facsimile

**ATTORNEYS FOR APPELLANT ARC PARKLANE, INC., D/B/A PARKLANE WEST HEALTHCARE CENTER**

1

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

Appellant Arc Parklane, Inc. D/B/A Parklane West Healthcare Center files this first unopposed motion asking for a 30-day extension of time in which to file their Appellant's Brief. This suit is before this Court on appeal from the following trial court order:

> Order: Defendant's Motions to Compel Arbitration (signed by the trial court on June 13, 2014 in Cause Number 2013-CI-17605).

Appellant's brief is currently due to be filed on Wednesday, August 12, 2015. Appellant respectfully requests a 30-day extension of time to file its brief, extending the deadline to Friday, September 11, 2015. This is appellant's first request for an extension of time to file its brief. This request is unopposed.

Good cause exists for this request. The parties have agreed to mediate the underlying dispute and are presently diligently working to set a date for mediation. A 30-day extension should provide the parties the time necessary to set a mediation date and subsequently file a motion with this Court seeking an abatement of the appeal pending mediation.

This extension is not sought for the purposes of delaying this appeal, but so that justice may be done. Appellant Parklane respectfully prays the Court grant this first unopposed motion for extension of time to file its brief until Friday, September 11, 2015.

2

Respectfully submitted,

R. Barry Brin
State Bar No. 00792371
bbrin@brinandbrin.com
Lorien Whyte
State Bar No. 24042440
lwhyte@brinandbrin.com
Brin & Brin, P.C.
6223 IH 10 West
San Antonio, Texas 78201
(210) 341-9711 telephone
(210) 341-1854 facsimile


BY:   /s/ Lorien Whyte
       Lorien Whyte


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Gavin McInnis and he responded that he is unopposed to this *First Unopposed Motion for Extension of Time to File Appellant's Brief.*


/s/ Lorien Whyte

**CERTIFICATE OF SERVICE**

This is to certify that on the <u>12</u><sup>th</sup> day of August 2015 a copy of the *First Unopposed Motion for Extension of Time to File Appellant's Brief* was served pursuant to the Texas Rule of Appellate Procedure 9.5 upon the following counsel:


Marynell Maloney
Gavin McInnis
Marynell Maloney Law Firm,
P.L.L.C.
115 East Travis Street, Suite 1800
San Antonio, Texas 78205
(210) 212-8000 Phone
(210) 212-8385 Fax


/s/ Lorien Whyte